# United States District Court

EASTERN DISTRICT OF WISCONSIN

                                                **AMENDED**
                                    **JUDGMENT IN A CIVIL CASE**

**MARNY STATELY,**

                Plaintiff,

           V.                                  CASE NUMBER: **02-C-817**

**INDIAN COMMUNITY SCHOOL OF MILWAUKEE, INC.,**

                Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion to dismiss for lack of subject matter jurisdiction is GRANTED. Federal Rules of Civil Procedure §§ 12(b)(1) and 12(h)(3). Costs are awarded to the defendant in the sum of $845.90. This case is hereby DISMISSED.**

    **January 5, 2006**                                    **SOFRON B. NEDILSKY**
Date                                                                  Clerk

                                                                *s/ Linda M. Zik*
                                                                  (By) Deputy Clerk

*Approved as to Form:*

   *January 5, 2006*
*Hon. Rudolph T. Randa*
*Chief Judge*

_____

*Date*